OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of Ohio
are being transmitted electronically beginning May 27, 1992,
pursuant to a pilot project implemented by Chief Justice Thomas
J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.  Your
comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Harris, Appellant and Cross-Appellee, v. Babcock & Wilcox
Company et al., Appellees and Cross-Appellants.
[Cite as Harris v. Babcock & Wilcox Co. (1994),     Ohio
St.3d     .]
Employer and employee -- Race discrimination -- R.C. 4112.99 is
     a remedial statute and is subject to R.C. 2305.07's
     six-year limitations period.
     (No. 93-2137 -- Submitted September 14, 1994 -- Decided
October 5, 1994. )
     Appeal and Cross-Appeal from the Court of Appeals for
Summit County, No. 16017.

     Dennis R. Thompson, for appellant and cross-appellee.
     Roetzel & Andress, Gary W. Spring and Jonathan D. Fishbane,
for appellees and cross-appellants.

     The judgment of the court of appeals is reversed and the
cause is remanded to the trial court for further proceedings
consistent with Cosgrove v. Williamsburg of Cincinnati Mgt. Co.,
Inc. (1994),     Ohio St.3d     ,      N.E.2d.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick and
Pfeifer, JJ., concur.
     F.E. Sweeney, J., dissents.